MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC Series
3665 Remington Grove

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK N.A., TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SATICOY BAY LLC - SERIES 3665 REMINGTON GROVE; ABSOLUTE COLLECTION SERVICES, LLC<br><br>Defendants. | CASE NO.: 2:17-cv-02677-RFB-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO FILE RESPONSE TO WELLS FARGO BANK, N.A.'S REVISED MOTION FOR SUMMARY JUDGMENT (ECF #48)** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Saticoy Bay LLC Series 3665 Remington Grove, by and through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd.; plaintiff Wells Fargo Bank N.A., Trustee for Banc of America Alternative Loan Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5, by and through its counsel, Karen A. Whelan, Esq..; defendant Giavanna Homeowners Association ("HOA"), by and through its counsel, Patrick A. Orme, Esq.; and defendant Absolute Collection Services, LLC, by and through its counsel, Shane D. Cox, Esq., that the date for defendant Saticoy Bay LLC Series 3665 Remington Grove to file its opposition to the

1

plaintiff's revised motion for summary judgment (ECF 48) filed on September 19, 2018 shall be extended from October 10, 2018 until October 24, 2018.

This is the first extension to which the parties have sought regarding this motion. Defendant seeks additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendants' request will not prejudice any party.

Dated this 10th day of October, 2018

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD.<br><br>By: /s/ Michael F. Bohn, Esq.<br>    Michael F. Bohn, Esq.<br>    Nikoll Nikci, Esq.<br>    2260 Corporate Cir, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for defendant Saticoy Bay LLC<br>    Series 3665 Remington Grove | AKERMAN, LLP<br><br>By: /s/ Karen A. Whelan, Esq..<br>    Melanie D. Morgan, Esq.<br>    Karen A. Whelan, Esq.<br>    1635 Village Center Circle, Suite 200<br>    Las Vegas, Nevada 89134<br>    Attorney for plaintiff |
| BOYACK ORME & ANTHONY<br><br>By: /s/ Patrick A. Orme, Esq.<br>    Edward D. Boyack, Esq.<br>    Patrick A. Orme, Esq.<br>    7432 W Sahara Avenue, Suite 101<br>    Las Vegas, Nevada 89117<br>    Attorney for defendant Giavanna<br>    Homeowners Association | ABSOLUTE COLLECTION SERVICES, LLC<br><br>By: /s/ Shane D. Cox, Esq.<br>    Shane D. Cox, Esq.<br>    7485 W. Azure Suite 129<br>    Las Vegas, NV 89130<br>    Attorney for defendant Absolute Collection<br>    Services, LLC |

IT IS SO ORDERED this  11th  day of October 10, 2018

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /Michael F. Bohn, Esq. /
    MICHAEL F. BOHN, ESQ.
    2260 Corporate Circle, Suite 480
    Henderson, NV 89074
    Attorney for defendant Saticoy Bay LLC Series3665 Remington Grove