ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 West Charleston Blvd, Suite 75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**SATICOY BAY LLC- SERIES 3665 REMINGTON GROVE**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SATICOY BAY LLC- SERIES 3665 REMINGTON GROVE, ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-CV-02677-RFB-GWF |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
FOR MOTION FOR RECONSIDERATION**
**(Second Request)**

COMES NOW Defendant, SATICOY BAY LLC- SERIES 3665 REMINGTON GROVE (*"Saticoy Bay"*), and Plaintiff, WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5 (*"Wells Fargo"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 15, 2019, Saticoy Bay filed a Motion for Reconsideration herein [ECF #68].

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

2.   On July 29, 2019, Wells Fargo filed its Opposition to Saticoy Bay's Motion for Reconsideration herein [ECF #71].

3.   The parties stipulated to extend the briefing deadline for the Plaintiff's Reply to the Opposition to Saticoy Bay's Motion for Reconsideration to September 3, 2019. This Stipulation was granted on August 20, 2019 [ECF #73].

4.   Counsel has requested an additional extension of time in which to prepare and file a Reply to the Opposition to Saticoy Bay's Motion for Reconsideration due to numerous other pending legal matters; personal obligations; and the length and complexity of the arguments contained in said Motion.

5.   Saticoy Bay shall have an additional period of time until and including ~~September 17, 2019~~ September 10, 2019, in which file a Reply to the Opposition to Saticoy Bay's Motion for Reconsideration.

6.   This Stipulation is made in good faith and not for purpose of delay.

Dated this ____3rd____ day of September, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Roger Croteau*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 West Charleston Blvd, Suite 75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**SATICOY BAY LLC- SERIES 3665 REMINGTON GROVE**

AKERMAN LLP

/s/ *Jared Sechrist*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Email: melanie.morgan@akerman.com
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of September, 2019.

Stipulation and Order to Extend Briefing Schedule
For Motion for Reconsideration (Second Request)
Case No. 2:17-CV-02677-RFB-GWF

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___3rd___ day of September, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR RECONSIDERATION (Second Request)** to the following parties:

Melanie D. Morgan, Esq.
Karen A. Whelan, Esq.
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Attorneys for plaintiff

/s/ *Jennifer Lee*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.