UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO, N.A., as Trustee for Banc of America Alternative Loan Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5,<br><br>Plaintiff,<br><br>v.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION, SATICOY BAY LLC-SERIES 3665 REMINTON GROVE, ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02677-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for Wells Fargo Bank, N.A., as Trustee for Banc of America Alternative Loan Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5's ("Wells Fargo"). ECF No. 96. In the Motion counsel for Wells Fargo states that the firm, Akerman LLP, has been discharged and that "Wells Fargo will retain new counsel in short order." *Id*. at 1. Counsel further states that under RPC 1.16(a)(3) good cause for withdrawal is met, the motions for summary judgment are fully briefed, and no trial date has been set. *Id*. at 2. The Court finds Akerman LLP establishes good cause for its withdrawal as the firm was discharged as counsel and no delay or prejudice will occur as a result of granting the Motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Wells Fargo Bank, N.A., as Trustee for Banc of America Alternative Loan Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5's (ECF No. 96) is GRANTED.

Dated this 17th day of November, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1