ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Defendant Saticoy Bay LLC
Series 3665 Remington Grove

*(left margin, rotated)* ROGER P. CROTEAU & ASSOCIATES, LTD. • 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 • Telephone: (702) 254-7775 • Facsimile (702) 228-7719

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>                    Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SATICOY BAY LLC-SERIES 3665 REMINGTON GROVE, ABSOLUTE COLLECTION SERVICES, LLC,<br><br>                    Defendants. | CASE NO.: 2:17-cv-02677-RFB-GWF<br><br>[PROPOSED] JOINT PRE-TRIAL ORDER |

Following pretrial proceedings in this case,

1

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

**IT IS ORDERED:**

## I.     NATURE OF THE ACTION:

This is a quiet title matter following an HOA foreclosure involving Plaintiff Wells Fargo Bank, N.A., as trustee for Banc of America Alternative Loan Trust 2006-5 Mortgage Pass-Through Certificates, Series  ("Wells Fargo"), Defendant Giavanna Homeowners Association ("Giavanna HOA"), Defendant Absolute Collection Services ("ACS") and Defendant Saticoy Bay LLC Series 3665 Remington Grove, a series Nevada limited liability company managed by Bay Harbor Trust, a Nevada trust, with Resources Group LLC as trustee, with Eddie Haddad as manager of Resources Group LLC, ("Saticoy"),  regarding real property located at 3665 Remington Grove Ave., North Las Vegas, Nevada 89081, APN: 123-31-112-099 (hereinafter, the "Property").

## II.     STATEMENT OF JURISDICTION:

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332. The diversity of citizenship requirement is met. Wells Fargo certifies it is not a citizen of Nevada, and on information and belief, all of the defendants are citizens of Nevada. The amount in controversy requirement is also met. The amount in controversy exceeds $75,000.00.

## III.     THE FOLLOWING FACTS ARE ADMITTED BY THE PARTIES AND REQUIRE NO PROOF:

1. This matter concerns real property commonly known as 3665 Remington Grove Ave., North Las Vegas, Nevada ("the "Property").
2. The Property is located within and governed by a common interest community known as Giavanna Homeowners Association ("Giavanna HOA").

2

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

3. John Porto and Cynthia Cruz-Porto ("Portos") purchased the Property in or around March 2006.

4. The Portos obtained a loan in the amount of $235,176.00 from Bank of America, N.A., as evidenced by a note and secured by a deed of trust recorded ("First Deed of Trust") on March 27, 2006, as Instrument No. 20060327-0001867, with the Clark County Recorder.

5. The senior deed of trust was assigned to Wells Fargo via a corporation assignment of deed of trust recorded August 23, 2010, as Instrument No. 201008230003707.

6. Bank of America re-recorded the assignment of the First Deed of Trust to Wells Fargo on December 20, 2011, as Instrument No. 20111220-0001961.

7. The Portos obtained a second loan from Bank of America in connection with their purchase of the Property.

8. The loan was evidenced by a second position deed of trust recorded on March 26, 2007, as Instrument No. 20070326-0000644, with the Clark County Recorder ("Second Deed of Trust").

9. On May 31, 2012, the Portos conveyed the property to Bank of America to satisfy the Second Deed of Trust.

10. On September 30, 2010, Giavanna, through its agent, Absolute Collection Services, LLC ("Absolute" or "HOA Trustee"), recorded a notice of delinquent assessment lien with the Clark County Recorder 20100930-0002067, for unpaid assessments ("NODAL").

11. On April 25, 2011, Giavanna, through its agent Absolute, recorded a notice of default and election to sell under homeowners' association lien with the Clark County Recorder as Instrument No. 20110425-0000605 ("NOD").

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

12. In response to the notice of default, Bank of America, retained Miles, Bauer, Bergstrom & Winters, LLP ("Miles Bauer") to contact Giavanna.

13. Miles Bauer, on behalf of the senior deed of trust beneficiary, sent a letter to Absolute on or about May 17, 2011, seeking to determine the nine-month superpriority lien amount and "offer[ing] to pay that sum upon presentation of adequate proof of the same by the HOA."

14. Absolute responded with a letter on June 11, 2011.

15. Absolute, on behalf of Giavanna, appeared to continue the foreclosure process by recording a notice of delinquent violation lien as instrument No. 20120808-000000073 on August 8, 2012 ("Second NODAL").

16. On October 3, 2012, Absolute recorded a third notice of delinquent assessment lien as Instrument No. 20121003-0002573 ("Third NODAL")

17. On January 4, 2013, Giavanna, through its agent Absolute, recorded a second notice of default and election to sell with the Clark County Recorder as Instrument No. 20130104-0000906 ("Second NOD").

18. On April 30, 2014, Giavanna, through Absolute, recorded a notice of sale with the Clark County Recorder as Instrument No. 20140430-0000918 ("First NOS").

19. On August 29, 2014, Giavanna, through Absolute, recorded a new notice of sale with the Clark County Recorder as Instrument No. 20140829-0005266 ("Second NOS").

20. Giavanna, through Absolute, foreclosed on or about October 21, 2014.

21. A foreclosure deed in favor of Saticoy was recorded on October 23, 2014, with the Clark County Recorder as Instrument No. 20141023-0001134 ("Foreclosure Deed").

125041130

4

IV.   **The following facts, though not admitted, will not be contested as trial by evidence to the contrary:**

None.

V.   **The following are the issues of fact to be tried and determined at trial.**

[Each issue of fact must be stated separately and in specific terms.]

1.   Whether Wells Fargo ever tendered any amount to Giavanna or Giavanna's collection company, Absolute Collection Services.

2.   Whether Absolute Collection Services or Giavanna had a policy of rejecting checks intended to tender the superpriority portion of HOA liens sent to them by the holders of first deeds of trust or their agents and trustees if those checks were for less than the total amount of the subject lien during the time Absolute Collection Services acted as Giavanna's collection agent in regards to the subject property.

3.   Whether Wells Fargo or its agents and trustees had any knowledge of Absolute Collection Services or Giavanna's policy of rejecting checks intended to tender the superpriority portion of HOA liens sent to them by the holders of first deeds of trust or their agents and trustees if those checks were for less than the total amount of the subject lien during the time Absolute Collection Services acted as Giavanna's collection agent in regards to the subject property.

4.   Whether Giavanna or its agents or trustees ever communicated an intent to foreclosure on the subpriority portion of Giavanna's lien on the subject property prior to foreclosure.

Roger P. Croteau & Associates, Ltd.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

125041130

5. Whether Absolute Collection Services or Giavanna refused to provide the amount of Giavanna's superpriority lien to Wells Fargo or its agents and trustees.

**VI.    The following are the issues of law to be tried and determined at trial.**

[Each issue of fact must be stated separately and in specific terms.]

1. Whether Wells Fargo's Deed of Trust was extinguished by the HOA Sale.

2. Whether tender of the super priority portion of Giavanna's lien by Wells Fargo was excused.

3. Whether Wells Fargo ever tendered any amount to Giavanna or Giavanna's collection company, Absolute Collection Services.

4. Whether Absolute Collection Services statements misled Wells Fargo regarding the amount or character of the lien.

5. Whether Giavanna foreclosed on the subpriority portion of its lien on the subject property.

6. Whether the foreclosure sale should be set aside as commercially unreasonable.

**VII.   Exhibits**

(a) The following exhibits are stipulated into evidence in this case and may be so marked by the Clerk:

The parties stipulate to all exhibits not objected to below.

(b) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

125041130

(1) Wells Fargo's Exhibits

| Bates Number | Document Disclosed | Title | Objection |
|---|---|---|---|
| WELLSFARGO000001-WELLSFARGO000069 | Wells Fargo | Declaration Of Covenants, Conditions And Restrictions For Giavanna Homeowners Association | |
| WELLSFARGO000070-WELLSFARGO000072 | Wells Fargo | Notice Of Completion | |
| WELLSFARGO000073-WELLSFARGO000075 | Wells Fargo | Grant, Bargain, Sale Deed | |
| WELLSFARGO000076-WELLSFARGO000095 | Wells Fargo | Deed Of Trust | |
| WELLSFARGO000096-WELLSFARGO000108 | Wells Fargo | Deed Of Trust | |
| WELLSFARGO000109-WELLSFARGO000112 | Wells Fargo | First Amendment Declaration Of Covenants, Conditions And Restrictions For Giavanna Homeowners Association | |
| WELLSFARGO000113-WELLSFARGO000114 | Wells Fargo | Notice Of Default/Election To Sell Under Deed Of Trust | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| WELLSFARGO000115 | Wells Fargo | Corporation Assignment Of Deed Of Trust | |
| WELLSFARGO000116-WELLSFARGO000117 | Wells Fargo | Substitution of Trustee | |
| WELLSFARGO000118-WELLSFARGO000119 | Wells Fargo | Notice Of Delinquent Assessment Lien | |
| WELLSFARGO000120 | Wells Fargo | Certificate Foreclosure Mediation | |
| WELLSFARGO000121-WELLSFARGO000122 | Wells Fargo | Notice Of Trustee's Sale | |
| WELLSFARGO000123-WELLSFARGO000125 | Wells Fargo | Notice Of Default And Election To Sell Under Homeowners Association Lien | |
| WELLSFARGO000126-WELLSFARGO000127 | Wells Fargo | Notice Of Trustee's Sale | |
| WELLSFARGO000128-WELLSFARGO000129 | Wells Fargo | Notice Of Trustee's Sale | |
| WELLSFARGO000130-WELLSFARGO000131 | Wells Fargo | Assignment Of Deed Of Trust | |
| WELLSFARGO000132-WELLSFARGO000133 | Wells Fargo | Notice Of Lien | |
| WELLSFARGO000134-WELLSFARGO000136 | Wells Fargo | Grant, Bargain And Sale Deed | |
| WELLSFARGO000137-WELLSFARGO000138 | Wells Fargo | Notice Of Delinquent Violation Lien | |
| WELLSFARGO000139-WELLSFARGO000140 | Wells Fargo | Notice Of Delinquent Assessment Lien | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| WELLSFARGO000141 | Wells Fargo | Substitution of Trustee & Full Reconveyance | |
| WELLSFARGO000142-WELLSFARGO000143 | Wells Fargo | Rescission Of Election To Declare Default | |
| WELLSFARGO000144-WELLSFARGO000146 | Wells Fargo | Notice Of Default And Election To Sell Under Homeowners Association Lien | |
| WELLSFARGO000147 | Wells Fargo | Notice Of Claim Of Lien | |
| WELLSFARGO000148-WELLSFARGO000149 | Wells Fargo | Notice Of Sale | |
| WELLSFARGO000150-WELLSFARGO000151 | Wells Fargo | Notice Of Default And Election To Sell | |
| WELLSFARGO000152-WELLSFARGO000153 | Wells Fargo | Notice Of Sale | |
| WELLSFARGO000154-WELLSFARGO000157 | Wells Fargo | Foreclosure Deed | |
| WELLSFARGO000158 | Wells Fargo | Release Of Lien | |
| WELLSFARGO000159 | Wells Fargo | Release Of Lien | |
| WELLSFARGO000160 | Wells Fargo | Request For Notice | |
| WELLSFARGO000161-WELLSFARGO000162 | Wells Fargo | Notice Of Release Of Lien | |
| WELLSFARGO000163-WELLSFARGO000165 | Wells Fargo | Substitution Of Trustee | |
| WELLSFARGO000166-WELLSFARGO000168 | Wells Fargo | Lis Pendens | |

9

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| WELLSFARGO000169-WELLSFARGO000174 | Wells Fargo | Executed Service Transfer Documents from Wells Fargo Bank, National Association, Successor by Merger to Wells Fargo Bank Minnesota, National Association to Nationstar Mortgage LLC | |
| WELLSFARGO000175-WELLSFARGO000186 | Wells Fargo | Deposition Transcript of Eddie Haddad Dated March 15, 2016, Case No. A-14-694747-C, LN Management LLC Series 3422 Flats vs. James Barr | Saticoy objects on the basis of relevance, as this involves a different property, with a likelihood of confusion |
| WELLSFARGO000187-WELLSFARGO000301 | Wells Fargo | Trial Transcript Dated October 29, 2014, Case No. A-13-687041-C, Telegraph Rd Trust vs. Bank of America (Testimony of Iyad W. "Eddie" Haddad and Kevin Partin | Saticoy objects on the basis of relevance, as this involves a different property, with a likelihood of confusion |
| WELLSFARGO000302-WELLSFARGO000305 | Wells Fargo | Notice Of Default And Election To Sell | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| | | Under Homeowners Association Lien | |
| WELLSFARGO000306 | Wells Fargo | Notice from Bank of America Regarding the Service Transfer of the Loan from BAC Home Loans Servicing to Bank of America, N.A. | |
| WELLSFARGO000307-WELLSFARGO000310 | Wells Fargo | Notice from Bank of America Dated August 12, 2013 Regarding the Service Transfer of the Loan to Nationstar Mortgage LLC | |
| WELLSFARGO000311 | Wells Fargo | Notice from Bank of America Dated September 9, 2013 Regarding the Service Transfer of the Loan to Nationstar Mortgage LLC | |
| WELLSFARGO000312-WELLSFARGO000316 | Wells Fargo | Notice from Nationstar Mortgage LLC Dated September 12, 2013 Regarding the | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| | | Service Transfer of the Loan | |
| WELLSFARGO000317-WELLSFARGO000318 | Wells Fargo | Notice from Nationstar Mortgage LLC Dated September 11, 2013 Regarding the Service Transfer of the Loan (per Bankruptcy Status) | |
| WELLSFARGO000319-WELLSFARGO000320 | Wells Fargo | Letter Dated August 4, 2011 from Giavanna Homeowners Association to Recontrust Co. | |
| WELLSFARGO000321-WELLSFARGO000324 | Wells Fargo | Letter Dated December 5, 2012 from Absolute Collection Services, LLC to Bank of America | |
| WELLSFARGO000325-WELLSFARGO000329 | Wells Fargo | Title Policy | |
| WELLSFARGO000330-WELLSFARGO000334 | Wells Fargo | Miles Bauer Letter To Borrower (Dated May 17, 2011) | |
| WELLSFARGO000335-WELLSFARGO000336 | Wells Fargo | Miles Bauer Letter To HOA (Dated May 17, 2011) | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| WELLSFARGO000337 | Wells Fargo | ACS Letter To Miles Bauer (Dated June 11, 2011) | |
| WELLSFARGO000338 | Wells Fargo | Screenshot Of Events Tab For Loan File | |
| WELLSFARGO000339-WELLSFARGO000348 | Wells Fargo | Miles Bauer Affidavit | |
| WELLSFARGO000349-WELLSFARGO000359 | Wells Fargo | Miles Bauer Borrower Affidavit | |
| WELLSFARGO000360-WELLSFARGO000370 | Wells Fargo | Foreclosure Notices and HOA Letter To Deed Of Trust Trustee About Tender | |
| WELLSFARGO000371-WELLSFARGO000389 | Wells Fargo | Foreclosure Notices Received By PRLAP, Inc., Bank Of America, N.A., BAC Home Loans Servicing, LP and Jacksonville Post Closing | |
| WELLSFARGO000390-WELLSFARGO000392 | Wells Fargo | ReconTrust Company Letter To HOA Regarding Borrowers (August 4, 2011) | |
| WELLSFARGO000393 | Wells Fargo | Nationstar Letter To Borrower (February 8, 2016) | |
| WELLSFARGO000394 | Wells Fargo | Absolute Collection Services, LLC's Post Foreclosure | |

13

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | Timeline | |
|---|---|---|---|
| WELLSFARGO000395-WELLSFARGO000417 | Wells Fargo | Senate Committee On Commerce And Labor, Minutes Of The Seventy Second Session (February 20, 2003) | |
| WELLSFARGO000418 | Wells Fargo | Correspondence Between Michael Bohn And Heather Oliver Regarding Revision Of Trustee's Deed Upon Sale (March 28, 2013) | |
| WELLSFARGO000395-WELLSFARGO000643 | Wells Fargo | Transcript Of Proceedings, Bench Trial – Day 1; Eighth Judicial District Court, Clark County Case No A-13-679171-C, Saticoy Bay LLC Series 10371 Calypso Cave v. Amalgamated Bank et al. (April 26, 2017) | Saticoy objects on the basis of relevance, as this involves a different property, with a likelihood of confusion |
| WELLSFARGO000644-WELLSFARGO000686 | Wells Fargo | Deposition Of Eddie Haddad, 30(B)(6) Representative | Saticoy objects on the basis of relevance, as this |

14

125041130

| | | For Saticoy Bay LLC Series 10777 Vestone St.; United States District Court, District Of Nevada Case No 2:16-cv-03009-RFB-CWH, U.S. Bank National Association v. Caparola At Southern Highlands Homeowners Association et al. (July 27, 2017) | involves a different property, with a likelihood of confusion |
|---|---|---|---|
| WELLSFARGO000687-WELLSFARGO000924 | Wells Fargo | Recorder's Transcript Of Bench Trial – Day 1; Eighth Judicial District Court, Clark County Case No A-14-707392-C, Paradise Harbor Trust Place v. US National Bank Association et al. (November 15, 2017) | Saticoy objects on the basis of relevance, as this involves a different property, with a likelihood of confusion |
| | | Deposition Transcript Of Kelly Mitchell, 30(B)(6) | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| | | Representative For Absolute Collection Services, LLC (March 1, 2018) ***Available For Inspection At Law Offices Of Michael F. Bohn, Esq. Ltd.*** | |
| WELLSFARGO000925-WELLSFARGO000927 | Wells Fargo | Promissory Note | |
| WELLSFARGO000928-WELLSFARGO000930 | Wells Fargo | Payoff Statement | |
| ACS0001 | ACS | October 2014 Sales Results | |
| ACS0002 | ACS | Notice of Sale Received | |
| ACS0003 | ACS | ACS Invoice | |
| ACS0004-0006 | ACS | ACS email re: account with HOA | |
| ACS0007-0011 | ACS | Affidavits of Publication/Posting | |
| ACS0012 | ACS | Attorney Email re: bankruptcy | |
| ACS0013 | ACS | Lien Release — Bank of America | |
| ACS0014-0017 | ACS | Email from Bank of America | |
| ACS0018-0021 | ACS | Attorney Email re: bankruptcy | |

16

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| ACS0022 | ACS | Cancelled File Escrow | |
| ACS0023 | ACS | Declaration of Value | |
| ACS0024-0026 | ACS | Deed | |
| AC00029-0043 | ACS | File Review Documents for Sale | |
| ACS0044-0048 | ACS | Intake Documents | |
| ACS0049-0052 | ACS | Ledgers from HOA | |
| ACS0053-0054 | ACS | Lien September 2010 | |
| ACS0055-0056 | ACS | Lien October 2012 | |
| ACS0057 | ACS | Lien Release — Former Homeowner | |
| ACS0058-0060 | ACS | Management Email re: fees | |
| ACS0061-0062 | ACS | Miles Bauer Letter | |
| ACS0063-0065 | ACS | Notice of Default — January 2013 | |
| ACS0066-0068 | ACS | Notice of Default — April 2011 | |
| ACS0069-0072 | ACS | Notice of Default — May 2014 | |
| ACS0073-0083 | ACS | Email from Title Company re: TSG | |
| ACS0084-0085 | ACS | Notice of Sale April 2014 | |
| ACS0086-0087 | ACS | Notice of Sale August 2014 | |
| ACS0088-0094 | ACS | Order Granting Relief of Stay | |

17

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| ACS0095-0104 | ACS | Preliminary Title Report | |
| ACS0105-0113 | ACS | Proof Before Lien October 2012 | |
| ACS0114-0124 | ACS | Proof Before Lien 2010 | |
| ACS0125-0144 | ACS | Proof Before NOD 2011 | |
| ACS0145-0152 | ACS | Proof Before Pre-NOD December 2012 | |
| ACS0153-0163 | ACS | Proof Before Pre-NOD March 2011 | |
| ACS0164-0173 | ACS | Proof of Claim December 2011 | |
| ACS0174-0176 | ACS | Public Posting of NOS — May 2014 | |
| ACS0177-0179 | ACS | Email from Recontrust | |
| ACS0180-0182 | ACS | Returned Mail | |
| ACS0183 | ACS | Sale Approval Letter | |
| ACS0184-0194 | ACS | Sale Day Documents | |
| ACS0195-0197 | ACS | Signed Authorizations to Publish | |
| ACS0198 | ACS | Signed Payment Plan | |
| ACS0199-0200 | ACS | Statement Request — July 2011 | |
| ACS0201-0203 | ACS | Supporting Documents to Sale | |
| ACS0204-0213 | ACS | TRI Report | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| ACS0214-0216 | ACS | Account Notes/Status Report | |
|---|---|---|---|
| ACS0217-0220 | ACS | Authorization to Publish Requests | |
| ACS0221-0242 | ACS | Giavanna Contracts | |
| ACS0243 | ACS | Miles Bauer Response Letter | |
| ACS0244-0252 | ACS | NOD Mailing Info | |
| ACS0253-0262 | ACS | NOS Mailing Info | |
| ACS0263 | ACS | Payment Plan Agreement | |
| ACS0264-0269 | ACS | Statements of Account | |
| ACS0270-0276 | ACS | TSG w/ legal issue | |
| | ACS | ACS' response to Wells Fargo's first set of interrogatories | |
| | ACS | ACS' response to Wells Fargo's first set of requests for admission | |
| | ACS | ACS' response to Wells Fargo's first set of requests for production | |
| | Saticoy | Saticoy's response to Wells Fargo's first set of interrogatories | |
| | Saticoy | Saticoy's response to Wells Fargo's first set | |

19

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.

• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| | | of requests for admission | |
| | Saticoy | Saticoy's response to Wells Fargo's first set of requests for production | |
| | Giavanna | Giavanna's response to Wells Fargo's first set of interrogatories | |
| | Giavanna | Giavanna's response to Wells Fargo's first set of requests for admission | |
| | Giavanna | Giavanna's response to Wells Fargo's first set of requests for production | |
| | Giavanna | Giavanna's response to Wells Fargo's first set of interrogatories | |

(2) Saticoy's Exhibits

| Bates Number | Document Disclosed | Title | Objection |
|---|---|---|---|
| RG000001 - RG000003 | Saticoy | Grant, Bargain, Sale Deed | |
| RG000004 - RG000023 | Saticoy | Deed of Trust | |
| RG000024 - RG000025 | Saticoy | Notice of Default | |

20

125041130

| | | | |
|---|---|---|---|
| RG000026 | Saticoy | Corporation Assignment of DOT | |
| RG000027 - RG000028 | Saticoy | Substitution of Trustee | |
| RG000029 | Saticoy | Foreclosure Mediation Program | |
| RG000030 - RG000035 | Saticoy | Notices of Trustee's Sale | |
| RG000036 - RG000037 | Saticoy | Assignment of DOT | |
| RG000038 - RG000039 | Saticoy | Rescission of Election to Declare Default | |
| RG000040 | Saticoy | Request for Notice | |
| RG000041 - RG000043 | Saticoy | Substitution of Trustee | |
| RG000044 - RG000045 | Saticoy | Notice of Delinquent Assessment Lien | |
| RG000046 - RG000048 | Saticoy | Notice of Default | |
| RG000049 | Saticoy | Release of Lien | |
| RG000050 - RG000052 | Saticoy | Grant, Bargain and Sale Deed | |
| RG000053 - RG000054 | Saticoy | Notice of Delinquent Violation Lien | |
| RG000055 - RG000056 | Saticoy | Notice of Delinquent Assessment Lien | |
| RG000057 - RG000059 | Saticoy | Notice of Default | |
| RG000060 - RG000061 | Saticoy | Notice of Sale | |

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| RG000062 - RG000063 | Saticoy | Notice of Default | |
| RG000064 - RG000065 | Saticoy | Notice of Sale | |
| RG000066 | Saticoy | Release of Lien | |
| RG000067 | Saticoy | Notice of Claim of Lien | |
| RG000068 - RG000071 | Saticoy | Foreclosure Deed | |
| RG000072 - RG000074 | Saticoy | Lis Pendens, | |
| | Wells Fargo | Wells Fargo's Responses to Saticoy Bay's First Set of Requests for Production of Documents | |
| | Wells Fargo | Wells Fargo's Responses to Saticoy Bay's First Set of Interrogatories | |
| | Wells Fargo | Wells Fargo's Responses to Saticoy Bay's First Set of Requests for Admissions | |
| GHOA00001-74 | Giavanna | HOA CC&Rs | |
| GHOA00075-101 | Giavanna | HOA Bylaws | |
| GHOA00102-107 | Giavanna | HOA Articles | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| GHOA00108-120 | Giavanna | HOA Architectural Guidelines | |
| GHOA00121-133 | Giavanna | HOA Rules and Regulations | |
| GHOA00134-139 | Giavanna | HOA Minutes | |
| GHOA00140-148 | Giavanna | HOA List of Officers | |
| GHOA00149-162 | Giavanna | Ombudsman | |
| GHOA00163-169 | Giavanna | Secretary of State | |
| GHOA00170-405 | Giavanna | ACS Collection File | |
| GHOA00406-417 | Giavanna | HOA Collection File | |
| ACS0001 | Absolute | October 2014 Sales Results | |
| ACS0002 | Absolute | Notice of Sale Received | |
| ACS0003 | Absolute | ACS Invoice | |
| ACS0004-0006 | Absolute | ACS email re: account with HOA | |
| ACS0007-0011 | Absolute | Affidavits of Publication/Posting | |
| ACS0012 | Absolute | Attorney Email re: bankruptcy | |
| ACS0013 | Absolute | Lien Release - Bank of America | |
| ACS0014-0017 | Absolute | Email from Bank of America | |
| ACS0018-0021 | Absolute | Attorney Email re: bankruptcy | |
| ACS0022 | Absolute | Cancelled File Escrow | |
| ACS0023 | Absolute | Declaration of Value | |
| ACS0024-0026 | Absolute | Deed | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| ACS0027-0028 | Absolute | Fax Response to Miles Bauer | |
| AC00029-0043 | Absolute | File Review Documents for Sale | |
| ACS0044-0048 | Absolute | Intake Documents | |
| ACS0049-0052 | Absolute | Ledgers from HOA | |
| ACS0053-0054 | Absolute | Lien September 2010 | |
| ACS0055-0056 | Absolute | Lien October 2012 | |
| ACS0057 | Absolute | Lien Release - Former Homeowner | |
| ACS0058-0060 | Absolute | Management Email re: fees | |
| ACS0061-0062 | Absolute | Miles Bauer Letter | |
| ACS0063-0065 | Absolute | Notice of Default- January 2013 | |
| ACS0066-0068 | Absolute | Notice of Default- April 2011 | |
| ACS0069-0072 | Absolute | Notice of Default-May 2014 | |
| ACS0073-0083 | Absolute | Email from Title Company re: TSG | |
| ACS0084-0085 | Absolute | Notice of Sale April 2014 | |
| ACS0086-0087 | Absolute | Notice of Sale August 2014 | |
| ACS0088-0094 | Absolute | Order Granting Relief of Stay | |
| ACS0095-0104 | Absolute | Preliminary Title Report | |

24

125041130

| | | | |
|---|---|---|---|
| ACS0105-0113 | Absolute | Proof Before Lien October 2012 | |
| ACS0l14-0124 | Absolute | Proof Before Lien 2010 | |
| ACS0125-0144 | Absolute | Proof Before NOD 2011 | |
| ACS0145-0152 | Absolute | Proof Before Pre-NOD December 2012 | |
| ACS0153-0163 | Absolute | Proof Before Pre-NOD March 2011 | |
| ACS0164-0173 | Absolute | Proof of Claim December 2011 | |
| ACS0174-0176 | Absolute | Public Posting of NOS -May 2014 | |
| ACS0177-0179 | Absolute | Email from Recontrust | |
| ACS0180-0182 | Absolute | Returned Mail | |
| ACS0183 | Absolute | Sale Approval Letter | |
| ACS0184-0194 | Absolute | Sale Day Documents | |
| ACS0195-0197 | Absolute | Signed Authorizations to Publish | |
| ACS0198 | Absolute | Signed Payment Plan | |
| ACS0199-0200 | Absolute | Statement Request - July 2011 | |
| ACS0201-0203 | Absolute | Supporting Documents to Sale | |
| ACS0204-0213 | Absolute | TRI Report | |
| ACS02 l 4-0216 | Absolute | Account Notes/Status Report | |
| ACS0217-0220 | Absolute | Authorization to Publish Requests | |

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| ACS0221-0242 | Absolute | Giavanna Contracts | |
| ACS0243 | Absolute | Miles Bauer Response Letter | |
| ACS0244-0252 | Absolute | NOD Mailing Info | |
| ACS0253-0262 | Absolute | NOS Mailing Info | |
| ACS0263 | Absolute | Payment Plan Agreement | |
| ACS0264-0269 | Absolute | Statements of Account | |
| ACS0270-0276 | Absolute | TSG w/ legal issue | |
| | Absolute | Absolutes's Responses to Requests for Admissions | |
| | Giavanna | Giavanna's Responses to Requests for Admissions | |

(3) Giavanna HOA's Exhibits

| Bates Number | Document Disclosed | Title | Objection |
| --- | --- | --- | --- |
| GHOA00001-74 | Giavanna | HOA CC&Rs | |
| GHOA00075-101 | Giavanna | HOA Bylaws | |
| GHOA00102-107 | Giavanna | HOA Articles | |
| GHOA00108-120 | Giavanna | HOA Architectural Guidelines | |
| GHOA00121-133 | Giavanna | HOA Rules and Regulations | |
| GHOA00134-139 | Giavanna | HOA Minutes | |
| GHOA00140-148 | Giavanna | HOA List of Officers | |
| GHOA00149-162 | Giavanna | Ombudsman | |
| GHOA00163-169 | Giavanna | Secretary of State | |
| GHOA00170-405 | Giavanna | ACS Collection File | |

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| GHOA00406-417 | Giavanna | HOA Collection File | |
| ACS0001 | Absolute | October 2014 Sales Results | |
| ACS0002 | Absolute | Notice of Sale Received | |
| ACS0003 | Absolute | ACS Invoice | |
| ACS0004-0006 | Absolute | ACS email re: account with HOA | |
| ACS0007-0011 | Absolute | Affidavits of Publication/Posting | |
| ACS0012 | Absolute | Attorney Email re: bankruptcy | |
| ACS0013 | Absolute | Lien Release - Bank of America | |
| ACS0014-0017 | Absolute | Email from Bank of America | |
| ACS0018-0021 | Absolute | Attorney Email re: bankruptcy | |
| ACS0022 | Absolute | Cancelled File Escrow | |
| ACS0023 | Absolute | Declaration of Value | |
| ACS0024-0026 | Absolute | Deed | |
| ACS0027-0028 | Absolute | Fax Response to Miles Bauer | |
| AC00029-0043 | Absolute | File Review Documents for Sale | |
| ACS0044-0048 | Absolute | Intake Documents | |
| ACS0049-0052 | Absolute | Ledgers from HOA | |
| ACS0053-0054 | Absolute | Lien September 2010 | |
| ACS0055-0056 | Absolute | Lien October 2012 | |

27

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| ACS0057 | Absolute | Lien Release - Former Homeowner | |
| ACS0058-0060 | Absolute | Management Email re: fees | |
| ACS0061-0062 | Absolute | Miles Bauer Letter | |
| ACS0063-0065 | Absolute | Notice of Default-January 2013 | |
| ACS0066-0068 | Absolute | Notice of Default-April 2011 | |
| ACS0069-0072 | Absolute | Notice of Default-May 2014 | |
| ACS0073-0083 | Absolute | Email from Title Company re: TSG | |
| ACS0084-0085 | Absolute | Notice of Sale April 2014 | |
| ACS0086-0087 | Absolute | Notice of Sale August 2014 | |
| ACS0088-0094 | Absolute | Order Granting Relief of Stay | |
| ACS0095-0104 | Absolute | Preliminary Title Report | |
| ACS0105-0113 | Absolute | Proof Before Lien October 2012 | |
| ACS0l14-0124 | Absolute | Proof Before Lien 2010 | |
| ACS0125-0144 | Absolute | Proof Before NOD 2011 | |
| ACS0145-0152 | Absolute | Proof Before Pre-NOD December 2012 | |

28

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

| | | | |
|---|---|---|---|
| ACS0153-0163 | Absolute | Proof Before Pre-NOD March 2011 | |
| ACS0164-0173 | Absolute | Proof of Claim December 2011 | |
| ACS0174-0176 | Absolute | Public Posting of NOS -May 2014 | |
| ACS0177-0179 | Absolute | Email from Recontrust | |
| ACS0180-0182 | Absolute | Returned Mail | |
| ACS0183 | Absolute | Sale Approval Letter | |
| ACS0184-0194 | Absolute | Sale Day Documents | |
| ACS0195-0197 | Absolute | Signed Authorizations to Publish | |
| ACS0198 | Absolute | Signed Payment Plan | |
| ACS0199-0200 | Absolute | Statement Request - July 2011 | |
| ACS0201-0203 | Absolute | Supporting Documents to Sale | |
| ACS0204-0213 | Absolute | TRI Report | |
| ACS0214-0216 | Absolute | Account Notes/Status Report | |
| ACS0217-0220 | Absolute | Authorization to Publish Requests | |
| ACS0221-0242 | Absolute | Giavanna Contracts | |
| ACS0243 | Absolute | Miles Bauer Response Letter | |
| ACS0244-0252 | Absolute | NOD Mailing Info | |
| ACS0253-0262 | Absolute | NOS Mailing Info | |
| ACS0263 | Absolute | Payment Plan Agreement | |
| ACS0264-0269 | Absolute | Statements of Account | |

125041130

| | | | |
|---|---|---|---|
| ACS0270-0276 | Absolute | TSG w/ legal issue | |
| | Absolute | Absolutes's Responses to Requests for Admissions | |
| | Giavanna | Giavanna's Responses to Requests for Admissions | |

(c) Electronic evidence: None.

(d) Depositions:

    a.  Wells Fargo will offer the following depositions:

        i.  Deposition of Kelly Mitchell of Absolute Collection Services, LLC.

    b.  Saticoy will offer the following depositions:

        i.  Deposition of Kelly Mitchell of Absolute Collection Services, LLC.

    c.  Giavanna HOA will offer the following depositions:

        i.

(e) Objections to Depositions: None.

**VIII.   Witness**

The following witnesses may be called by the parties at trail:

    1.  Saticoy's Witnesses

Eddie Haddad, Person most Knowledgeable for Saticoy
c/o Roger P. Croteau & Associates, Ltd.
2810 West Charleston Blvd. Suite 75
Las Vegas, NV 89102

Person Most Knowledgeable

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Absolute Collection Services, LLC
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128

Person Most Knowledgeable
Giavanna Homeowners Association
c/o Boyack Orme Anthony & McKeiver
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117

Board Members of Giavanna Homeowners Association
Vinnay Verma
Dean White
Robert Miller
c/o Boyack Orme & Anthony
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117

Person(s) Most Knowledgeable
Wells Fargo Bank, N.A. as Trustee for Bank of America Alternative Loan
Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5
C/o Troutman Pepper Hamilton Sanders, LLP
600 Peachtree Street, NE, Suite 2000
Atlanta, GA 30308

All witnesses listed by any party in this matter

2.   Wells Fargo's Witnesses

Corporate representative for Absolute Collection Services, LLC
c/o Shane D. Cox, Esq.
Absolute Collection Services, LLC
8440 West Lake Mead Boulevard, Suite 210
Las Vegas, Nevada 89128

John Porto
Contact information currently unknown

Rock Jung
Wright Finlay & Zak LLP
7785 W. Sahara Avenue, Suite. 200
Las Vegas, NV 89117
Telephone: (702) 475-7694

Doug Miles
f/k/a Miles, Bauer Bergstrom & Winters, LLP

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1231 E. Dyer Road, Suite 100
Santa Ana, California 92705

Kelly Mitchell, Manager/Owner, Absolute Collection Services, LLC
c/o Shane D. Cox, Esq.
8440 W. Lake Mead Ste. 210
Las Vegas, NV 89128

Richard Kaye, General Manager, Absolute Collection Services, LLC
c/o Shane D. Cox, Esq.
8440 W. Lake Mead Ste. 210
Las Vegas, NV 89128
Matt Mitchell
Compass Realty, LLC
500 N. Rainbow #300
Las Vegas, NV 89107

All witnesses listed by any party in this matter

3.   Giavanna HOA's Witnesses

Eddie Haddad, Person most Knowledgeable for Saticoy
c/o Roger P. Croteau & Associates, Ltd.
2810 West Charleston Blvd. Suite 75
Las Vegas, NV 89102

Person Most Knowledgeable
Absolute Collection Services, LLC
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128

Person Most Knowledgeable
Giavanna Homeowners Association
c/o Boyack Orme Anthony & McKeiver
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117

Board Members of Giavanna Homeowners Association
Vinnay Verma
Dean White
Robert Miller
c/o Boyack Orme & Anthony
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117

Person(s) Most Knowledgeable

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Wells Fargo Bank, N.A. as Trustee for Banc of America Alternative Loan
Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5
C/o Kravitz Schnitzer Johnson Watson & Zeppenfeld Chtd
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

Person(s) Most Knowledgeable
Wells Fargo Bank, N.A. as Trustee for Banc of America Alternative Loan
Trust 2006-5 Mortgage Pass-Through Certificates, Series 2006-5
C/o Troutman Pepper Hamilton Sanders, LLP
600 Peachtree Street, NE, Suite 2000
Atlanta, GA 30308

All witnesses listed by any party in this matter

**IX.   Trial Dates:**

The attorneys or parties have met and jointly offer these three trial dates:

**November 30, 2022          December 7, 2022          December 14, 2022**

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

**IX.   Trial Length:** It is estimated the trial will take 2-3 days.

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP. | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| _/s/ Brody R. Wight_ | _/s/ Christopher L. Benner_ |
| BRODY R. WIGHT, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 11731 | Nevada Bar No. 4958 |
| 600 Peachtree Street, ne, Suite 3000 | CHRISTOPHER L. BENNER, ESQ. |
| Atlanta ga 30308 | Nevada Bar No. 8963 |
| (470) 832-5562 | 2810 W. Charleston Blvd., Ste. 75 |
| Attorneys for Wells Fargo | Las Vegas, Nevada 89102 |
| | (702) 254-7775 |
| BOYACK ORME ANTHONY & MCKEIVER | (702) 228-7719 (facsimile) |
| | croteaulaw@croteaulaw.com |
| _/s/ Patrick A. Orme_ | chris@croteaulaw.com |
| PATRICK A. ORME, ESQ | Attorneys for Defendants Saticoy Bay LLC |
| Nevada Bar No. 7853 | Series 3665 Remington Grove |
| 7432 West Sahara Ave., Ste. 101 | |
| Las Vegas, Nevada 89117 | |
| (702) 562-3415 | |

33

125041130

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1   Attorneys for Defendant Giavanna HOA

2

3

4

5

6

7                                   **ORDER**
                             **Action By the Court:**

8   This case is set for court/jury trial on the fixed/stacked calendar on <u>August 7, 2023 at 8:00 AM in</u>

9                                                                              <u>7C.</u>

    Calendar call will be held on _____<u>August 1, 2023 at 11:00 AM in 7C</u>_____.

10

11                              DATED: _<u>March 30, 2023</u>_____

12                              _____

13                              RICHARD F. BOULWARE, II
                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

125041130