BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Wells Fargo Bank, N.A., as Trustee for*
*Banc of America Alternative Loan Trust 2006-5*
*Mortgage Pass-Through Certificates, Series 2006-5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SATICOY BAY LLC-SERIES 3665 REMINGTON GROVE, ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-02677-RFB-EJY<br><br>**STIPULATION TO DISMISS DEFENDANTS GIAVANNA HOMEOWNERS ASSOCIATION AND ABSOLUTE COLLECTION SERVICES, LLC WITHOUT PREJUDICE** |

The parties to this action hereby stipulate that all causes of action asserted against defendants GIAVANNA HOMEOWNERS ASSOCIATION and ABSOLUTE COLLECTION

1

171187194v1

SERVICES, LLC in Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5's complaint (ECF No. 1) shall be dismissed without prejudice because the Defendants do not assert any continuing interest in the real property that is the subject of this action. All parties have signed off on this stipulation besides Absolute Collection Services, LLC as it is not currently represented and appears to be defunct.

Dated this 29th day of April 2024.

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP. | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| */s/ Brody R. Wight* <br> BRODY R. WIGHT, ESQ. <br> Nevada Bar No. 11731 <br> 600 Peachtree Street, ne, Suite 3000 <br> Atlanta GA 30308 <br> (470) 832-5562 <br> *Attorneys for Wells Fargo* | */s/ Christopher L. Benner* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> 2810 W. Charleston Blvd., Ste. 75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> (702) 228-7719 (facsimile) <br> croteaulaw@croteaulaw.com <br> chris@croteaulaw.com <br> *Attorneys for Defendants Saticoy Bay LLC Series 3665 Remington Grove* |
| BOYACK ORME ANTHONY & MCKEIVER <br><br> */s/ Patrick A. Orme* <br> PATRICK A. ORME, ESQ <br> Nevada Bar No. 7853 <br> 7432 West Sahara Ave., Ste. 101 <br> Las Vegas, Nevada 89117 <br> (702) 562-3415 <br> *Attorneys for Defendant Giavanna HOA* | |

- 2 -

171187194v1

**ORDER**
**Action By the Court:**

By stipulation of the parties, all claims asserted against defendants GIAVANNA HOMEOWNERS ASSOCIATION and ABSOLUTE COLLECTION SERVICES, LLC in Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5's complaint (ECF No. 1) shall be dismissed without prejudice with the parties to bear their own costs and fees.

DATED: April 30, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

- 3 -

171187194v1